**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ASTICS INC., YOGESH PRAVIN THAKKAR AND MRUNAL HEMANTKUMAR DESAI | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-cv-04680 |
| | § | |
| KIOSK INFORMATION SYSTEMS, INC., | § | |
| | § | |
| *Defendant*. | § | |

**JOINT STIPULATION REGARDING KIOSK'S RESPONSIVE PLEADING DEADLINE**

WHEREAS, Plaintiffs Astics Inc., Yogesh Pravin Thakkar, and Mrunal Hemantkumar Desai originally filed this action in Texas state court in Fort Bend County, Texas on May 11, 2026;

WHEREAS, Plaintiffs effectuated service of process on Defendant KIOSK Information Systems, Inc. ("KIOSK") on or about May 19, 2026;

WHEREAS, Defendant KIOSK timely removed the case to the United States District Court for the Southern District of Texas, Houston Division on June 12, 2026 [Dkt. 1];

WHEREAS, pursuant to 28 U.S.C. § 1404(a), Defendant KIOSK filed a Motion to Transfer Venue and for Leave to Extend Responsive Pleading Deadline on June 19, 2026 [Dkt. 5];

WHEREAS, the Parties agree that good cause exists to defer KIOSK's responsive pleading deadline pending resolution of the Motion to Transfer Venue because resolution of that motion may affect the forum in which this action proceeds, and deferring KIOSK's responsive pleading deadline will promote judicial economy and avoid potentially unnecessary motion practice and expense;

WHEREAS, the Parties further agree that this Stipulation shall not constitute a waiver of any defense, objection, or argument available to KIOSK, including any defense under Federal Rule of Civil Procedure 12;

IT IS HEREBY STIPULATED, by and between Plaintiffs and KIOSK, through their respective counsel of record, that KIOSK's deadline to file a responsive pleading or otherwise respond to Plaintiffs' claims is extended until fourteen (14) days after the Court enters an order resolving KIOSK's Motion to Transfer Venue.

Dated: June 22, 2026

Respectfully submitted,

LAMBA & ASSOCIATES, PC

By: /s/ Rahul Lamba (w/ permission)
Rahul Lamba
Texas Bar No. 24031415
11211 Katy Freeway, Suite 250
Houston, TX 77079
Tel. (713) 467-7844
Fax. (713) 467-7637
lawofficeofrahullamba@gmail.com

***Counsel for Plaintiffs Astics Inc., Yogesh Pravin Thakkar, and Mrunal Hemantkumar Desai***

PILLSBURY WINTHROP SHAW PITTMAN, LLP

By: /s/ William D. Wood
William D. Wood
State Bar No. 21916500
William McMichael
State Bar No. 24107860
609 Main Street Suite 2000
Houston, TX 77002
Telephone: (713) 276-7600
Facsimile: (713) 276-7634
william.wood@pillsburylaw.com
william.mcmichael@pillsburylaw.com

***Counsel for Defendant KIOSK Information Systems, Inc.***

**CERTIFICATE OF SERVICE**

I certify that on June 22, 2026, a true and correct copy of the foregoing motion was served on all counsel of record in accordance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and/or the Court's CM/ECF system.

*/s/ William D. Wood*

William D. Wood