United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-04680 |
|---|---|---|---|
| ASTICS INC., YOGESH PRAVIN THAKKAR and MRUNAL HEMANTKUMAR DESAI | | | |
| *versus* | | | |
| KIOSK INFORMATION SYSTEMS, INC. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David J. Tsai<br>Pillsbury, Winthrop, Shaw, Pittman LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111<br>(415) 983-1000<br>david.tsai@pillsburylaw.com<br>CA Bar No. 244479 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | KIOSK INFORMATION SYSTEMS, INC. |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | | | |
|---|---|---|---|
| Dated: | 6/24/2026 | Signed: | /s/ David J. Tsai |

| | |
|---|---|
| The state bar reports that the applicant's status is: in good standing | |
| Dated: 6/25/26 | Clerk's signature M. Flores |

## Order

This lawyer is admitted *pro hac vice*.

Dated: 6/25/26

[signature]
United States District Judge